

**IT IS ORDERED as set forth below:**

**Date: October 21, 2016**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Angelo L. Hart, | ) | |
| Debtor. | ) | CASE NO. 14-69460 - BEM |

### ORDER GRANTING DEBTOR'S MOTION TO
### RETAIN EXCESS INSURANCE PROCEEDS AND INCUR NEW DEBT

On September 1, 2016, Debtor filed a Motion to Retain Excess Insurance Proceeds and Incur New Debt("Motion") because Debtor's vehicle was declared a total loss as a result of an automobile accident that occurred on or about May 24, 2016. As a result of the total loss, Debtor's insurance company, Safeco Insurance, has extended a net total loss settlement offer in the amount of $18,342.51. The payoff owed to the lienholder for the Vehicle is $10,952.94, leaving excess insurance proceeds in the amount of $7,389.57. Debtor proposes to retain the insurance proceeds to use as a down payment on a replacement vehicle.

Debtor has been pre-approved to purchase a replacement vehicle, a 2011 Cadillac DTS, in the amount of $17,007.25. Said loan will be repaid with monthly car payments of $349.19 at an annual interest rate of 12.79% over sixty (60) months. Upon Notice, the Motion was set for hearing September 27, 2016.  No party in interest appeared in opposition to the Debtor's Motion; therefore, it is hereby

**ORDERED** that the Motion is GRANTED:   Debtor is allowed to retain the excess insurance proceeds in the amount of $7,389.57.  Debtor shall use the excess insurance proceeds as a down payment on the above-referenced vehicle loan.

**IT IS FURTHER ORDERED** that Debtor is authorized to finance the above referenced replacement vehicle or a vehicle with similar value and terms.

**IT IS FURTHER ORDERED** that within thirty (30) days of this Order, Debtor shall remit to the  Chapter 13 Trustee a copy of the contract, evidencing proof of purchase, for the replacement vehicle.

**[END OF DOCUMENT]**

Prepared By:

   /s/
Alaina Joseph, Attorney for Debtor
Georgia Bar Number 940583
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com

No Opposition:

   /s/              *with express permission*
Sonya M. Buckley, Staff Attorney
Georgia Bar Number 140987
Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303

# DISTRIBUTION LIST

King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Angelo L. Hart
116 Hartland Circle
Stockbridge, GA 30281

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303