UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>ANGELO LEVON HART<br><br>DEBTOR(S) | ) CHAPTER 13<br>)<br>) CASE NO. A14-69460-BEM<br>)<br>) |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment(s):

Check Number: 1036
Check Date:    10/16/2017

| Payee Name | Amount |
|---|---|
| ANGELO LEVON HART | $7,389.57 |

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, November 6th, 2017, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

KING & KING LAW LLC
215 PRYOR STREET
ATLANTA, GA 30303

/S/
K. EDWARD SAFIR, ATTORNEY
for the Chapter 13 Trustee
GA Bar Number: 622149
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com